## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Vincent J. LaRocca and | ) | Judge Carol A. Doyle |
| Chrysoula C. LaRocca | ) | |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 08-18032 |
| | ) | |
| | ) | |
| Steven R. Merkel | ) | |
| Plaintiff, | ) | Adversary No. 08 A 00830 |
| v. | ) | |
| Vincent J. LaRocca and | ) | |
| Chrysoula C. LaRocca | ) | Hearing: December 2, 2008 at 10:00 |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Chrysoula C. LaRocca
      Vincent J. LaRocca
      7655 W. Sunset Drive
      Elmwood Park, IL 60707

PLEASE TAKE NOTICE that on December 2, 2008, at 10:00 a.m., I shall appear before the Honorable Carol A. Doyle, or any other Judge sitting in his stead, Courtroom 742, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the **Plaintiff's Motion for Default Judgment**, a copy of which is enclosed and is herewith served upon you, at which time and place you may appear and be heard.

/s/ Forrest L. Ingram_____
One of Debtor's attorneys

Forrest L. Ingram #3129032
Helena Milman
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

### CERTIFICATE OF SERVICE

I, Helena Milman, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF or by U.S. Mail, on the 19th day of November, 2008.

/s/ Helena Milman

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Vincent J. LaRocca and | ) | Judge Carol A. Doyle |
| Chrysoula C. LaRocca | ) | |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 08-18032 |
| | ) | |
| | ) | |
| Steven R. Merkel | ) | |
| Plaintiff, | ) | Adversary No. 08 A 00830 |
| | ) | |
| v. | ) | |
| | ) | |
| Vincent J. LaRocca and | ) | |
| Chrysoula C. LaRocca | ) | Hearing: December 2, 2008 at 10:00 |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Steven R. Merkel, by and through his attorneys, Forrest L. Ingram P.C. and William K. Merkel, and pursuant to Bankruptcy Rule 7055 and Rule 55 of Federal Rules of Civil Procedure moves this Court to enter default judgment in favor of Plaintiff and against Defendants, Vincent J. LaRocca and Chrysoula C. LaRocca, and in support thereof, states as follows:

1. On or about October 10, 2008, Plaintiff filed Adversary complaint in this matter.

2. On or about October 15, 2008, Defendants were served with Summons and Complaint in this matter through their counsel and by mailing Summons and Complaint to Defendants' home. Proof of service on Vincent J. LaRocca is attached hereto as Exhibit A; proof of service on Chrysoula C. LaRocca is attached hereto as Exhibit B.

3. Bankruptcy Rule 7012 states that "If a complaint is duly served, the defendant shall serve an answer within 30 days after the issuance of the summons, except when a different time is prescribed by the court. "

4. Defendants' answer was due on or before November 14, 2008.

5. Defendants have failed to answer in the time required by law and are, therefore, in default.

6. Plaintiff hereby seeks entry of default judgment.

**WHEREFORE,** plaintiff Steven R. Merkel, respectfully requests that this Court:

(i) deny Debtors' discharge of all their debts pursuant to 11 U.S.C 727(a)(4);

(ii) in the alternative, declare debt owed to Steven R. Merkel non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and (B); and

(iii) grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

STEVEN R. MERKEL

By:    /s/  Forrest L. Ingram
       One of his attorneys

Forrest L. Ingram #3129032
Helena Milman
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 1210
Chicago, IL 60603-4907
(312) 759-2858

William K. Merkel #6225636
532 N. Spring
LaGrange Park, IL  60526
(708) 579-9659