## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| Vincent J. LaRocca and ) | Judge Carol A. Doyle |
| Chrysoula C. LaRocca ) | |
| ) | |
| Debtors and Debtors in Possession. ) | Case No. 08-18032 |
| ) | |
| ) | |
| Steven R. Merkel ) | |
| Plaintiff, ) | Adversary No. 08 A 00830 |
| v. ) | |
| Vincent J. LaRocca and ) | |
| Chrysoula C. LaRocca ) | Hearing: January 13, 2008 at 10:00 |
| Defendants. ) | |

**ORDER REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND SUPPLEMENT THERETO,** *DENYING DISCHARGE OF VINCENT LAROCCA ONLY*.

This matter came to be heard on **Plaintiff's Motion for Default Judgment and the Supplement Thereto,** due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

1.  Debtor Vincent J. LaRocca's discharge of all his debts pursuant to 11 U.S.C 727(a)(4) is denied;

2.  ~~In the alternative, the debt owed to Steven R. Merkel by Vincent J. LaRocca is declared non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and (B); and~~

Dated: 1/13/09

BY THE COURT

*Carol A. Doyle*
The Honorable Carol A. Doyle
U.S. Bankruptcy Judge